PER CURIAM.

(No. 75-CC-569— 

LEONARD R. LEHNER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed March 3, 1975.*

WILLIAM K. CAVANAGH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.